UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Martha L. Dyer-Baker,

Plaintiff,

v.

Sylvan Learning Systems, Inc., d/b/a Sylvan Prometric, a Maryland Corporation,

Defendant.

Court File No.: 01-CV-2173 DSD/JMM

**ORDER FOR ENLARGEMENT OF TIME TO AMEND COMPLAINT AND TO RESPOND TO AMENDED COMPLAINT**

---

Pursuant to Rules 6(b) and 15(a) of the Federal Rules of Civil Procedure, and based upon the Stipulation for Enlargement of Time filed with the Court on December 20, 2001,

IT IS ORDERED that Plaintiff shall have up to and including January 10, 2001 to amend her Complaint to assert her state law claims and that the time within which Sylvan Learning is required to respond to Plaintiff's Complaint shall be enlarged and that defendant shall have up to and including January 20, 2001 to respond to Plaintiff's Amended Complaint.

Dated: 12/21/, 2001

Honorable John M. Mason
United States Magistrate Judge

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Martha L. Dyer-Baker,

Plaintiff,

v.

Sylvan Learning Systems, Inc., d/b/a Sylvan Prometric, a Maryland Corporation,

Defendant.

Court File No.: 01-CV-2173 DSD/JMM

**STIPULATION FOR ENLARGEMENT OF TIME TO AMEND COMPLAINT AND TO RESPOND TO AMENDED COMPLAINT**

Pursuant to Rules 6(b) and 15(a) of the Federal Rules of Civil Procedure, Plaintiff Martha L. Dyer-Baker and Defendant Sylvan Learning Systems, Inc. respectfully submit this Stipulation for Enlargement of Time for Plaintiff to Amend Complaint and for Defendant to Respond to the Amended Complaint.

WHEREAS, on November 30, 2001, Plaintiff commenced this action by serving a copy of the summons and complaint upon Sylvan Learning;

WHEREAS, Defendant has until December 20, 2001 to answer or otherwise respond to the Complaint;

WHEREAS, on November 16, 2001, Plaintiff received a Notice of Right to Sue issued by the Minnesota Department of Human Rights;

WHEREAS, Plaintiff has 45 days from November 16, 2001 to amend her Complaint to assert claims under the Minnesota Human Rights Act;

WHEREAS, the parties are currently engaged in early settlement negotiations; and

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, Plaintiff would like an extension to amend her Complaint given the settlement discussions and Defendant would like an extension to answer the Complaint given that Plaintiff will be amending the Complaint and that the parties are engaged in settlement discussions.

THEREFORE, Plaintiff and Defendant, through undersigned counsel, hereby agree and stipulate as follows:

1. That Plaintiff shall have up to and including January 10, 2001 to amend her Complaint to assert her state law claims.

2. That the time within which Defendant is required to respond to Plaintiff's complaint shall be enlarged and that Defendant shall have up to January 20, 2001 to respond to Plaintiff's Amended Complaint.

3. That Defendant shall waive its defense that Plaintiff's claims under the Minnesota Human Rights Act are barred under Minnesota Statute section 363.14 Subdivision 1 for failing to file a civil action within 45 days of dismissal by the Minnesota Department of Human Rights.

Dated: December 20, 2001

BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP, LTD.

By: [signature]
Howard L. Bolter
Parkdale I, Suite 100
5401 Gamble Drive
Minneapolis, Minnesota 55416
Telephone: (952) 546-6000

**ATTORNEY FOR PLAINTIFF MARTHA L. DYER-BAKER**

Dated: December 20, 2001

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: Susan E. Ellingstad
Susan E. Ellingstad
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEY FOR DEFENDANT SYLVAN LEARNING SYSTEMS, INC., D/B/A SYLVAN PROMETRIC**