UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Martha L. Dyer-Baker,

Plaintiff,

v.

Sylvan Learning Systems, Inc., d/b/a
Sylvan Prometric, a Maryland Corporation,

Defendant.

Court File No.: 01-CV-2173 DWF/AJB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The above-entitled claim having been fully compromised and settled, it is hereby stipulated and agreed, by and between the parties thereto, through their respective undersigned counsel of record, that the same, including all claims which were or could have been asserted therein, may be dismissed on its merits and with prejudice but without cost to any party.

Dated: 3/7, 2002.

BORKON, RAMSTEAD, MARIANI,
FISHMAN & CARP, LTD.

By: [signature]
Howard L. Bolter (#192387)
Parkdale I, Suite 100
5401 Gamble Drive
Minneapolis, MN 55416
Telephone: (952) 546-6000

**ATTORNEY FOR PLAINTIFF
MARTHA L. DYER-BAKER**

Dated: February 26, 2002.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: [signature]
Susan E. Ellingstad (#243346)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEY FOR
SYLVAN LEARNING SYSTEMS, INC.**

MAR 1 1 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 1 1 2002
DEPUTY CLERK

300368-1

## ORDER

Based upon the foregoing Stipulation of the parties and upon all the files, records and proceedings herein, and the Court being fully advised on the premises, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above-entitled claim, brought by Plaintiff Martha L. Dyer-Baker against Sylvan Learning Systems, Inc., d/b/a Sylvan Prometric, including all claims which were or could have been asserted therein, shall be, and hereby is, dismissed on its merits and with prejudice but without cost to any party. The Clerk of this Court is hereby directed to enter a judgment dismissing said action accordingly.

Dated: March 11, 2002

BY THE COURT:

Honorable Donovan W. Frank
United Stated District Court Judge